# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In the Matter of**: | } | |
| | } | Case No. 18-10083 |
| Allen Cuff | | |
| | } | Chapter 13 |
| | } | |
| **Debtor(s)** | } | |

## NOTICE TO CREDITORS

Citizens Bank
PO Box 7092
Bridgeport, CT 06601

      You have been added as a creditor in the above-captioned matter.  You should be aware of the following:

    (a) You have the right to file complaints under 11 U.S.C. Section 523 and objection to the Debtor(s) claim of exemption within thirty (30) days of receipt of the attached papers, or within the time set for the filing of such complaints or objections by creditors previously scheduled, (as noted in the Order for Meeting of Creditors attached hereto), whichever is later.

    (b) You have the right to file a Proof of Claim (attached) within thirty (30) days of service of the papers required by this Order or within the time set for the filing of Proofs of Claim by creditors previously scheduled (See Notice of Meeting of Creditors), whichever is later.

                           BLAKELY, GREGORY & PAPPOULIS

                           By:/s/ Tara A. Blakely
                             Tara A. Blakely, Esquire
                             Attorney for Debtor:
                             1006 College Rd., Ste 201
                             Dover, DE 19904
                             302-672-7217

STATE OF DELAWARE   :
                                        :
COUNTY OF KENT        :

BE IT REMEMBERED that on this 9th day of  March, 2018, personally appeared

before me the undersigned, the Subscriber, a Notary Public for the State and County aforesaid,

Carrie Phillos, who, being by me duly sworn according to law, depose and says that she is

employed in the offices of Blakely, Gregory & Pappoulis, 1006 College Road, Suite 201, Dover,

DE 19904, and that on the above date she caused to be deposited in the mail the attached papers

addressed to:


Michael B. Joseph, Esquire
Bankruptcy Trustee
824 Market Street, Suite 905
P.O. Box 1350
Wilmington, DE 19899

Allen Cuff
1100 Stoney Brook Circle
Unit 1101
Rehoboth Beach, DE 19971

Citizens Bank
PO Box 7092
Bridgeport, CT 06601


                                               _/s/ Carrie Phillos_



 SWORN AND SUBSCRIBED before me the day, month and year aforesaid.



                                                _/s/ Tara Blakely_
                                                Tara Blakely

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In the Matter of**: | } |
| | }   Case No. 18-10083 |
| Allen Cuff | |
| | }   Chapter 13 |
| | } |
| **Debtor(s)** | } |

## NOTICE TO CREDITORS

Comcast Cable Communications
1 Comcast Center
Philadelphia, PA 19103

You have been added as a creditor in the above-captioned matter.  You should be aware of the following:

(a) You have the right to file complaints under 11 U.S.C. Section 523 and objection to the Debtor(s) claim of exemption within thirty (30) days of receipt of the attached papers, or within the time set for the filing of such complaints or objections by creditors previously scheduled, (as noted in the Order for Meeting of Creditors attached hereto), whichever is later.

(b) You have the right to file a Proof of Claim (attached) within thirty (30) days of service of the papers required by this Order or within the time set for the filing of Proofs of Claim by creditors previously scheduled (See Notice of Meeting of Creditors), whichever is later.

BLAKELY, GREGORY & PAPPOULIS

By:/s/ Tara A. Blakely
    Tara A. Blakely, Esquire
    Attorney for Debtor:
    1006 College Rd., Ste 201
    Dover, DE 19904
    302-672-7217

STATE OF DELAWARE   :
                                      :
COUNTY OF KENT       :

BE IT REMEMBERED that on this 9th day of  March, 2018, personally appeared

before me the undersigned, the Subscriber, a Notary Public for the State and County aforesaid,

Carrie Phillos, who, being by me duly sworn according to law, depose and says that she is

employed in the offices of Blakely, Gregory & Pappoulis, 1006 College Road, Suite 201, Dover,

DE 19904, and that on the above date she caused to be deposited in the mail the attached papers

addressed to:


    Michael B. Joseph, Esquire
    Bankruptcy Trustee
    824 Market Street, Suite 905
    P.O. Box 1350
    Wilmington, DE 19899

    Allen Cuff
    1100 Stoney Brook Circle
    Unit 1101
    Rehoboth Beach, DE 19971

    Comcast Cable Communications
    1 Comcast Center
    Philadelphia, PA 19103


                         _/s/_ Carrie Phillos


SWORN AND SUBSCRIBED before me the day, month and year aforesaid.


                         _/s/ Tara Blakely_
                         Tara Blakely

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In the Matter of**: | } |
| | }     Case No. 18-10083 |
| Allen Cuff | |
| | }     Chapter 13 |
| | } |
| **Debtor(s)** | } |

### <u>NOTICE TO CREDITORS</u>

Creekwood Condo Association
c/o Chad J Toms, Esuire
Whiteford Taylor and Preston LLC
405 North King Street Ste 500
Wilmington, DE 19801

   You have been added as a creditor in the above-captioned matter.  You should be aware of the following:

  (a) You have the right to file complaints under 11 U.S.C. Section 523 and objection to the Debtor(s) claim of exemption within thirty (30) days of receipt of the attached papers, or within the time set for the filing of such complaints or objections by creditors previously scheduled, (as noted in the Order for Meeting of Creditors attached hereto), whichever is later.

  (b) You have the right to file a Proof of Claim (attached) within thirty (30) days of service of the papers required by this Order or within the time set for the filing of Proofs of Claim by creditors previously scheduled (See Notice of Meeting of Creditors), whichever is later.

         BLAKELY, GREGORY & PAPPOULIS

        By:<u>/s/ Tara A. Blakely</u>
         Tara A. Blakely, Esquire
         Attorney for Debtor:
         1006 College Rd., Ste 201
         Dover, DE 19904
         302-672-7217

STATE OF DELAWARE  :
                                          :
COUNTY OF KENT        :

BE IT REMEMBERED that on this 9th day of March, 2018, personally appeared

before me the undersigned, the Subscriber, a Notary Public for the State and County aforesaid,

Carrie Phillos, who, being by me duly sworn according to law, depose and says that she is

employed in the offices of Blakely, Gregory & Pappoulis, 1006 College Road, Suite 201, Dover,

DE 19904, and that on the above date she caused to be deposited in the mail the attached papers

addressed to:


>   Michael B. Joseph, Esquire
>   Bankruptcy Trustee
>   824 Market Street, Suite 905
>   P.O. Box 1350
>   Wilmington, DE 19899
>
>   Allen Cuff
>   1100 Stoney Brook Circle
>   Unit 1101
>   Rehoboth Beach, DE 19971
>
>   Creekwood Condo Association
>   c/o Chad J Toms, Esuire
>   Whiteford Taylor and Preston LLC
>   405 North King Street Ste 500
>   Wilmington, DE 19801


                                                    _/s/ Carrie Phillos_



 SWORN AND SUBSCRIBED before me the day, month and year aforesaid.



                                                    _/s/ Tara Blakely_
                                                    Tara Blakely

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In the Matter of**: | } |
| | }    Case No. 18-10083 |
| Allen Cuff | |
| | }    Chapter 13 |
| | } |
| **Debtor(s)** | } |

## NOTICE TO CREDITORS

Debtor Recovery Solutions
6800 Jericho Turn Pike Suite 113E
Syosset, NY 11791

You have been added as a creditor in the above-captioned matter.  You should be aware of the following:

(a) You have the right to file complaints under 11 U.S.C. Section 523 and objection to the Debtor(s) claim of exemption within thirty (30) days of receipt of the attached papers, or within the time set for the filing of such complaints or objections by creditors previously scheduled, (as noted in the Order for Meeting of Creditors attached hereto), whichever is later.

(b) You have the right to file a Proof of Claim (attached) within thirty (30) days of service of the papers required by this Order or within the time set for the filing of Proofs of Claim by creditors previously scheduled (See Notice of Meeting of Creditors), whichever is later.

BLAKELY, GREGORY & PAPPOULIS

By:/s/ Tara A. Blakely
Tara A. Blakely, Esquire
Attorney for Debtor:
1006 College Rd., Ste 201
Dover, DE 19904
302-672-7217

STATE OF DELAWARE   :

                                        :

COUNTY OF KENT        :

BE IT REMEMBERED that on this 9th day of March, 2018, personally appeared

before me the undersigned, the Subscriber, a Notary Public for the State and County aforesaid,

Carrie Phillos, who, being by me duly sworn according to law, depose and says that she is

employed in the offices of Blakely, Gregory & Pappoulis, 1006 College Road, Suite 201, Dover,

DE 19904, and that on the above date she caused to be deposited in the mail the attached papers

addressed to:


Michael B. Joseph, Esquire
Bankruptcy Trustee
824 Market Street, Suite 905
P.O. Box 1350
Wilmington, DE 19899

Allen Cuff
 1100 Stoney Brook Circle
Unit 1101
Rehoboth Beach, DE 19971

Debtor Recovery Solutions
6800 Jericho Turn Pike Suite 113E
Syosset, NY 11791


                                   _/s/ Carrie Phillos_



 SWORN AND SUBSCRIBED before me the day, month and year aforesaid.



                                   _/s/ Tara Blakely_
                                   Tara Blakely

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In the Matter of**: | } |
| | }    Case No. 18-10083 |
| Allen Cuff | |
| | }    Chapter 13 |
| | } |
| **Debtor(s)** | } |

### NOTICE TO CREDITORS

HSBC Bank
P.O. Box 9
Buffalo, NY 14240

You have been added as a creditor in the above-captioned matter.  You should be aware of the following:

(a) You have the right to file complaints under 11 U.S.C. Section 523 and objection to the Debtor(s) claim of exemption within thirty (30) days of receipt of the attached papers, or within the time set for the filing of such complaints or objections by creditors previously scheduled, (as noted in the Order for Meeting of Creditors attached hereto), whichever is later.

(b) You have the right to file a Proof of Claim (attached) within thirty (30) days of service of the papers required by this Order or within the time set for the filing of Proofs of Claim by creditors previously scheduled (See Notice of Meeting of Creditors), whichever is later.

BLAKELY, GREGORY & PAPPOULIS

By:/s/ Tara A. Blakely
    Tara A. Blakely, Esquire
    Attorney for Debtor:
    1006 College Rd., Ste 201
    Dover, DE 19904
    302-672-7217

STATE OF DELAWARE   :
                                      :
COUNTY OF KENT       :

BE IT REMEMBERED that on this 9th day of Mach, 2018, personally appeared

before me the undersigned, the Subscriber, a Notary Public for the State and County aforesaid,

Carrie Phillos, who, being by me duly sworn according to law, depose and says that she is

employed in the offices of Blakely, Gregory & Pappoulis, 1006 College Road, Suite 201, Dover,

DE 19904, and that on the above date she caused to be deposited in the mail the attached papers

addressed to:


Michael B. Joseph, Esquire
Bankruptcy Trustee
824 Market Street, Suite 905
P.O. Box 1350
Wilmington, DE 19899

Allen Cuff
1100 Stoney Brook Circle
Unit 1101
Rehoboth Beach, DE 19971

HSBC Bank
P.O. Box 9
Buffalo, NY 14240


  /s/Carrie Phillos


SWORN AND SUBSCRIBED before me the day, month and year aforesaid.


  /s/ Tara Blakely_
Tara Blakely